425 A.2d 11

Commonwealth v. Trythall, Appellant.

Ronald F. O'Driscoll, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

425 A.2d 11

Commonwealth v. Wilson, Appellant.

Submitted March 23, 1979. Thomas M. Nocella, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgments of sentence affirmed.